# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136252

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JONATHON RESSLER and PAMELA
RESSLER,
      Plaintiffs-Appellees,

v

HUNTERS CREEK ESTATES,
      Defendant,
and

PAT GITLER,
      Defendant-Appellant.

SC: 136252
COA: 280110
Mecosta CC: 07-018102-AV

_____/

      On order of the Court, the application for leave to appeal the March 10, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk

t0616